JOAN BRESNIHAN and JEREMIAH BRESNIHAN, Respondents, v. UNITED STATES TRUST COMPANY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that no actionable negligence on the part of the defendant-appellant was shown. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to affirm.

BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, a Bankrupt, Appellant, v. EMIL N. BAAR and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [168 Misc. 439.]

MILDRED MATSON, Appellant, v. THE MARCUS CONTRACTING CO., INC., Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH L. NETTLES, as Receiver of the STOCKHOLDERS' LIABILITY OF THE PEOPLES STATE BANK OF SOUTH CAROLINA, Appellant, v. STARLING W. CHILDS and Others, Defendants, Impleaded with ALICE S. COFFIN and Others, Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KLINGER, Appellant.— Judgment reversed, the information dismissed and the fine remitted, on the ground that the evidence failed to establish any violation of the statute by the defendant. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes for affirmance.

MICHAEL SPIRITO, as Administrator, etc., of JESSIE M. SPIRITO, Deceased, Respondent, v. WINMAR REALTY CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLIAN MATOS, as Administratrix, etc., of PEDRO J. MATOS, Deceased, Respondent, v. VALLEY TRANSPORTATION CO., INC., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed as to defendant-appellant, with costs against said appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSE DE LA GANDARA, Respondent, v. GEORGE M. PYNCHON and Others, Defendants, Impleaded with H. NICHOLAS EDWARDS and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JAN CWIK and Others, Appellants, v. CEDRIC E. FAUNTLEROY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.